# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-3836

———————————————

DEPARTMENT OF REVENUE, on
behalf of TAMARA SELLERS,

    Appellant,

    v.

WESLEY A. BATTISTE,

    Appellee.

———————————————

On appeal from an order of the Department of Revenue.

August 7, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Pamela Jo Bondi, Attorney General, Toni C. Bernstein, Senior Assistant Attorney General, and Carrie R. McNair, Assistant Attorney General, Tallahassee, for Appellant.

No appearance, for Appellee.